# U.S. District Court
## Northern District of West Virginia (Wheeling)
## CRIMINAL DOCKET FOR CASE #: 5:16-cr-00023-FPS-JES All Defendants

Case title: USA v. Whyte et al

Date Filed: 06/07/2016
Date Terminated: 02/14/2017

---

Assigned to: Senior Judge Frederick P. Stamp, Jr
Referred to: Magistrate Judge James E. Seibert

### Defendant (1)

**Maurice L. Whyte, II**
*TERMINATED: 12/06/2016*

represented by **Douglas Sughrue**
Sughrue Law
Suite 2400
428 Forbes Avenue
Pittsburgh, PA 15219
412-391-1629
Fax: 412-391-1622
Email: dsughrue@sughruelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

CONSPIRACY TO DEFRAUD THE
UNITED STATES
(1)

### Disposition

23 Months Incarceration; 3 Years
Supervised Release; $100 Special
Assessment; $140,935.03 Restitution;
No Fine; Forfeiture Ordered

### Highest Offense Level (Opening)

Felony

### Terminated Counts

SCHEME TO DEFRAUD: MONEY,
STATE TAX STAMPS
(2-3)

### Disposition

Dismissed upon motion of Government

### Highest Offense Level (Terminated)

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Senior Judge Frederick P. Stamp, Jr
Referred to: Magistrate Judge James E. Seibert

**Defendant (2)**

| **Kasie A. Morgan** | represented by | **Frankie Carle Walker , II** |
|---|---|---|
| *TERMINATED: 01/03/2017* | | Frank Walker Law |
| | | 428 Forbes Avenue, Suite 1800 |
| | | Pittsburgh, PA 15219 |
| | | (412) 315-7441 |
| | | Fax: (412) 202-9193 |
| | | Email: frank@frankwalkerlaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | 35 Months Incarceration; 3 Years Supervised Release; No Fine; $100 Special Assessment Fee; $181,843.60 Restitution; $181,843.00 Forfeiture |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| SCHEME TO DEFRAUD: MONEY, STATE TAX STAMPS (2-3) | Dismissed upon motion of Government |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Senior Judge Frederick P. Stamp, Jr

Referred to: Magistrate Judge James E. Seibert

### Defendant (3)

**Kionte K. Whatley**          represented by   **Brendan S. Leary**
*TERMINATED: 12/06/2016*                       Federal Public Defender Office - Whg.
                                               U.S. Courthouse
                                               1125 Chapline St., Rm. 208
                                               Wheeling, WV 26003
                                               (304) 233-1217
                                               Fax: (304) 233-1242
                                               Email: brendan_leary@fd.org
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*
                                               *Designation: Public Defender or*
                                               *Community Defender Appointment*

### Pending Counts                             ### Disposition

CONSPIRACY TO DEFRAUD THE                       23 Months Incarceration; 3 Years
UNITED STATES                                   Supervised Release; No Fine;
(1)                                             $384,491.05 Restitution; $100 Special
                                                Assessment Fee

### Highest Offense Level (Opening)

Felony

### Terminated Counts                          ### Disposition

None

### Highest Offense Level (Terminated)

None

### Complaints                                 ### Disposition

None

---

Assigned to: Senior Judge Frederick P.
Stamp, Jr
Referred to: Magistrate Judge James E.
Seibert

### Defendant (4)

**Marilyn Whatley**           represented by   **Scott C. Brown**
*TERMINATED: 02/14/2017*                       1600 National Rd.

Wheeling, WV 26003
304-242-6001
Fax: 304-242-8866
Email: scott@scottbrownlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**                                    **Disposition**

CONSPIRACY TO DEFRAUD THE                             21 Months Incarceration (adjusted to 1
UNITED STATES                                         Year, 2 Months, and 27 Days as
(1)                                                   determined by BOP); 3 Years
                                                      Supervised Release; No fine; $100
                                                      Special Assessment Fee; $73,791.49
                                                      Restitution

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                 **Disposition**

SCHEME TO DEFRAUD: MONEY,
STATE TAX STAMPS                                      Dismissed upon motion of Government
(2-3)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                        **Disposition**

None

---

Assigned to: Senior Judge Frederick P.
Stamp, Jr
Referred to: Magistrate Judge James E.
Seibert

**Defendant (5)**

**Jolisha McDonald**                    represented by **Jay T. McCamic**
*TERMINATED: 01/26/2017*                              McCamic, Sacco & McCoid, PLLC
                                                      56-58 Fourteenth Street
                                                      P O Box 151
                                                      Wheeling, WV 26003
                                                      304-232-6750
                                                      Fax: 304-232-3548
                                                      Email: jtmccamic@mspmlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | 30 Months Incarceration (consecutive to State of Tennessee sentence); 3 Years Supervised Release; No Fine; $100 Special Assessment Fee; $215,752.88 Joint and several Restitution (Forfeiture of $215,752.88) |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| SCHEME TO DEFRAUD: MONEY, STATE TAX STAMPS (2-3) | Dismissed upon motion of the Government |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Robert H. McWilliams , Jr.** |
|---|---|---|
| | | U.S. Attorney's Office - Wheeling |
| | | PO Box 591 |
| | | Wheeling, WV 26003 |
| | | 304-234-7734 |
| | | Fax: 304-234-0111 |
| | | Email: Rob.McWilliams@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2016 | 1 | INDICTMENT with Forfeiture Allegation as to Maurice L. Whyte, II (1) counts 1, 2-3; Kasie A. Morgan (2) counts 1, 2-3; Kionte K. Whatley (3) count 1; Marilyn Whatley (4) counts 1, 2-3; Jolisha McDonald (5) counts 1, 2-3. |

| | | |
|---|---|---|
| | | (copy to counsel and USP via email; copy to Judge Stamp) (nmm) Modified docket text on 6/7/2016 to show correct service copies and include forfeiture language (nmm). (Entered: 06/07/2016) |
| 06/07/2016 | 2 | *SEALED* Indictment - Unredacted, re 1 Indictment, as to All Defendants. (Attachments: # 1 Criminal Cover Sheet for M. Whyte, # 2 Criminal Cover Sheet for K. Morgan, # 3 Criminal Cover Sheet for K. Whatley, # 4 Criminal Cover Sheet for M. Whatley, # 5 Criminal Cover Sheet for J. McDonald) (nmm) (Entered: 06/07/2016) |
| 06/07/2016 | 3 | UNITED STATES' MOTION FOR ORDER TO SEAL as to Maurice L. Whyte, II(01), Kasie A. Morgan(02), Kionte K. Whatley(03), Marilyn Whatley (04), and Jolisha McDonald(05). (copy to counsel via email; copy to Judge Stamp) (nmm) (Entered: 06/07/2016) |
| 06/07/2016 | 4 | ORDER TO SEAL: granting 3 Motion to Seal as to Maurice L. Whyte II (1), Kasie A. Morgan (2), Kionte K. Whatley (3), Marilyn Whatley (4), and Jolisha McDonald (5). Signed by Magistrate Judge James E. Seibert on 6/7/2016. (copy to counsel via email) (nmm) (Entered: 06/07/2016) |
| 06/15/2016 | 10 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Jolisha McDonald (5). (Attachments: # 1 Attachment Proposed Writ of Habeas Corpus Ad Prosequendum, # 2 Text of Proposed Order) (nmm) (Entered: 06/15/2016) |
| 06/20/2016 | | Arrest of Kionte K. Whatley(03). (nmm) (Entered: 06/21/2016) |
| 06/21/2016 | | Case unsealed pursuant to arrest of Kionte K. Whatley(03). (nmm) (Entered: 06/21/2016) |
| 06/21/2016 | 12 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Kasie A. Morgan. (Attachments: # 1 Attachment, # 2 Text of Proposed Order) (McWilliams, Robert) (Main Document 12 and Attachment 1 replaced on 7/1/2016 to attach correct documents) (nmm). Modified on 7/1/2016 (nmm). (Entered: 06/21/2016) |
| 06/22/2016 | 13 | TEXT ONLY ORDER as to Kionte K. Whatley: Arraignment set for 7/7/2016 09:30 AM in Wheeling Magistrate Judge Courtroom, 4th Floor before Magistrate Judge James E. Seibert. Signed by Magistrate Judge James E. Seibert on 06/22/2016. (wlb) (Entered: 06/22/2016) |
| 06/22/2016 | 14 | ORDER: APPOINTING FEDERAL PUBLIC DEFENDER as to Kionte K. Whatley; Brendan S. Leary appointed. Signed by Magistrate Judge James E. Seibert on 6/22/16. (soa)(copy to def., USM, Office of FPD) (Entered: 06/22/2016) |
| 06/27/2016 | 15 | Rule 5(c)(3) Documents Received as to Kionte K. Whatley (3). (Attachments: # 1 Attachment Waiver of Rule 5 & 5.1 Hearings, # 2 Attachment copy of Financial Affidavit (Sealed), # 3 Attachment Commitment to Another District) (copy to counsel and USP via CM/ECF)(nmm) (Entered: 06/27/2016) |
| 06/27/2016 | 16 | ORDER: granting 12 Motion for Writ of Habeas Corpus ad prosequendum as to Kasie A. Morgan (2). Signed by Magistrate Judge James E. Seibert on 6/27/2016. (copy to counsel via CM/ECF) (nmm) (Entered: 06/27/2016) |
| | | |

| 06/27/2016 | 17 | Writ of Habeas Corpus ad Prosequendum Issued as to Kasie A. Morgan(2) for 8/16/2016 @ 9:30 a.m. (original and one copy w/Order to CBG USM; copy to counsel and USP via CM/ECF; copy to USM via email) (nmm) (Entered: 06/27/2016) |
| --- | --- | --- |
| 06/27/2016 | 18 | ORDER: granting 10 Motion for Writ of Habeas Corpus ad prosequendum as to Jolisha McDonald (5). Signed by Magistrate Judge James E. Seibert on 6/27/2016. (copy to counsel via CM/ECF) (nmm) (Entered: 06/27/2016) |
| 06/27/2016 | 19 | Writ of Habeas Corpus ad Prosequendum Issued as to Jolisha McDonald(5) for 8/16/2016 @ 9:30 a.m. (original and one copy w/Order to CBG USM; copy to counsel and USP via CM/ECF; copy to USM via email) (nmm) (Entered: 06/27/2016) |
| 06/28/2016 | 20 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Maurice L. Whyte, II. (Attachments: # 1 Attachment, # 2 Text of Proposed Order) (McWilliams, Robert) (Main Document 20 and Attachment 1 replaced on 7/1/2016 to attach correct documents) (nmm). Modified on 7/1/2016 (nmm). (Entered: 06/28/2016) |
| 06/28/2016 | 21 | ** SEALED ** CJA 23 Financial Affidavit by Kionte K. Whatley(3). (copy faxed to FPD) (nmm) (Entered: 06/28/2016) |
| 06/29/2016 | 22 | TEXT ONLY ORDER as to Maurice L. Whyte, II(01), Kasie A. Morgan(02), and Jolisha McDonald(05): Initial Appearances, Arraignments, and Detention Hearings (if any motions for detention hearings are filed), set for 8/16/2016, at 09:30 AM, in Wheeling, Magistrate Judge Courtroom, 4th Floor, before Magistrate Judge James E. Seibert. Signed by Magistrate Judge James E. Seibert on 06/29/2016. (jlk) (Entered: 06/29/2016) |
| 06/29/2016 | 23 | ORDER: granting 20 Motion for Writ of Habeas Corpus ad prosequendum as to Maurice L. Whyte II (1). Signed by Magistrate Judge James E. Seibert on 6/29/2016. (copy to counsel via CM/ECF) (nmm) (Entered: 06/29/2016) |
| 06/29/2016 | 24 | Writ of Habeas Corpus ad Prosequendum Issued as to Maurice L. Whyte, II(1) for 8/16/2016 @ 9:30 a.m. (original and one copy w/Order to CBG USM; copy to USM via email; copy to USP via CM/ECF) (nmm) Modified docket text on 6/29/2016 to show Order was being sent with Writ(nmm). (Entered: 06/29/2016) |
| 06/30/2016 | 25 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Kasie A. Morgan. (Attachments: # 1 Attachment, # 2 Text of Proposed Order) (McWilliams, Robert) (Main Document 25 and Attachment 1 replaced on 7/1/2016 to attach correct documents) (nmm). Modified on 7/1/2016 (nmm). (Entered: 06/30/2016) |
| 06/30/2016 | 26 | ORDER APPOINTING CJA PANEL ATTORNEY AS COUNSEL: Attorney Douglas Sughrue appointed for Maurice L. Whyte, II(1). Signed by Magistrate Judge James E. Seibert on 6/30/2016. (copy to Defendant via US Mail; copy to counsel and USP via CM/ECF; copy to L. Coleman @FPD and USM via email) (nmm) (Entered: 06/30/2016) |
| 06/30/2016 | 27 | |

| | | |
|---|---|---|
| | | ORDER APPOINTING CJA PANEL ATTORNEY AS COUNSEL: Attorney Frankie Carle Walker, II appointed for Kasie A. Morgan (2). Signed by Magistrate Judge James E. Seibert on 6/30/2016. (copy to Defendant via US Mail; copy to counsel and USP via CM/ECF; copy to L. Coleman @FPD and USM via email) (nmm) (Entered: 06/30/2016) |
| 06/30/2016 | 28 | ORDER APPOINTING CJA PANEL ATTORNEY AS COUNSEL: Attorney Jay T. McCamic appointed for Jolisha McDonald(5). Signed by Magistrate Judge James E. Seibert on 6/30/2016. (copy to Defendant via US Mail; copy to counsel and USP via CM/ECF; copy to L. Coleman@FPD and USM via email) (nmm) (Entered: 06/30/2016) |
| 06/30/2016 | 29 | Rule 5(c)(3) Documents Received as to Maurice L. Whyte, II(1). (Attachments: # 1 Attachment copy of Courtroom Minutes (Sealed), # 2 Attachment copy of Financial Affidavit (Sealed), # 3 Attachment copy of Order Appointing FPD, # 4 Attachment copy of Waiver of Rule 5 & 5.1 Hearings, # 5 Attachment copy of Commitment to Another District) (copy to counsel and USP via CM/ECF; copy to Judge Stamp) (nmm) (Entered: 06/30/2016) |
| 06/30/2016 | | Arrest of Maurice L. Whyte, II in Southern District of Ohio. (nmm) (Entered: 06/30/2016) |
| 07/01/2016 | 30 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Jolisha McDonald. (Attachments: # 1 Attachment, # 2 Text of Proposed Order) (McWilliams, Robert) (Main Document 30 and Attachment 1 replaced on 7/1/2016 to attach correct documents) (nmm). Modified on 7/1/2016 (nmm). (Entered: 07/01/2016) |
| 07/01/2016 | 31 | ** SEALED ** CJA 23 Financial Affidavit as to Maurice L. Whyte, II(1). (copy faxed to FPD) (nmm) (Entered: 07/01/2016) |
| 07/01/2016 | 32 | ORDER: granting 25 Motion for Writ of Habeas Corpus ad prosequendum as to Kasie A. Morgan (2). Signed by Magistrate Judge James E. Seibert on 7/1/2016. (copy to counsel via CM/ECF) (nmm) (Entered: 07/01/2016) |
| 07/01/2016 | 33 | Writ of Habeas Corpus ad Prosequendum Issued as to Kasie A. Morgan(2) for 8/16/2016 @ 9:30 a.m. (original and copy w/Order to CBG USM; copy to USM via email; copy to counsel and USP via CM/ECF) (nmm) (Entered: 07/01/2016) |
| 07/01/2016 | 34 | Writ of Habeas Corpus ad Prosequendum as to Kasie A. Morgan(2) Returned Unexecuted. (copy to counsel and USP via CM/ECF) (nmm) (Entered: 07/01/2016) |
| 07/05/2016 | 36 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Kasie A. Morgan. (Attachments: # 1 Attachment, # 2 Text of Proposed Order) (McWilliams, Robert) (Entered: 07/05/2016) |
| 07/05/2016 | 37 | MOTION for Detention by USA as to Kionte K. Whatley. (McWilliams, Robert) (Entered: 07/05/2016) |
| 07/05/2016 | 38 | |

| | | |
|---|---|---|
| | | Writ of Habeas Corpus ad Prosequendum as to Maurice L. Whyte(1), II Returned Unexecuted. (copy to counsel and USP via CM/ECF) (nmm) (Entered: 07/05/2016) |
| 07/06/2016 | 39 | AMENDED ORDER APPOINTING CJA PANEL ATTORNEY AS COUNSEL as to Maurice L. Whyte(1),II. Signed by Magistrate Judge James E. Seibert on 7/6/2016. (copy to Defendant via US Mail; copy to counsel via CM/ECF; copy to L. Coleman @FPD, USP and USM via email) (nmm) (Entered: 07/06/2016) |
| 07/06/2016 | 40 | Writ of Habeas Corpus ad Prosequendum as to Kasie A. Morgan(2) Returned Unexecuted. (copy to counsel and USP via CM/ECF) (nmm) (Entered: 07/06/2016) |
| 07/07/2016 | 41 | (Duplicate Document: See 36 ) MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Kasie A. Morgan. (Attachments: # 1 Attachment, # 2 Text of Proposed Order)(McWilliams, Robert) Modified docket text on 7/8/2016 (nmm). (Entered: 07/07/2016) |
| 07/07/2016 | 42 | MINUTE ENTRY: <br><br> ***NOTICE*** *THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.* <br><br> Proceedings held before Magistrate Judge James E. Seibert as to Kionte K. Whatley(3): Arraignment as to Count 1 held on 7/7/2016. (Tape #WHG Seibert 5 16 cr 23 03 USA v Whatley 7 7 2016.) (nmm) (Entered: 07/07/2016) |
| 07/07/2016 | 43 | TEXT ONLY ORDER as to Kionte K. Whatley(03): Detention Hearing set for 7/12/2016, at 09:30 AM, in Wheeling, Magistrate Judge Courtroom, 4th Floor, before Magistrate Judge James E. Seibert. Signed by Magistrate Judge James E. Seibert on 07/07/2016. (jlk) (Entered: 07/07/2016) |
| 07/07/2016 | 44 | INITIAL SCHEDULING ORDER as to Kionte K. Whatley(3) <br><br> ***NOTICE TO ATTORNEYS*** : *Pursuant to Rule 12.4(a)(1) of the Federal Rules of Criminal Procedure, ALL Non-governmental CORPORATE PARTIES must file a DISCLOSURE STATEMENT with the Court. Additionally, per Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, the GOVERNMENT must file a statement identifying all organizational victims. Forms are available on the Court's Web Site at http://www.wvnd.uscourts.gov/forms.htm* <br><br> Discovery due by 7/14/2016; Motions due by 7/25/2016; Responses due by 8/4/2016; Motion Hearing set for 8/5/2016 10:00 AM in Wheeling Magistrate Judge Courtroom, 4th Floor before Magistrate Judge James E. Seibert; Plea Agreement due by 8/31/2016; Pretrial Conference set for 8/29/2016 02:15 PM before Senior Judge Frederick P. Stamp Jr.; Jury Selection/Jury Trial set for 9/7/2016 08:30 AM in Wheeling District Judge Courtroom, South before Senior Judge Frederick P. Stamp Jr. Signed by Magistrate Judge James E. Seibert on 7/7/2016. (copy to counsel and USP via CM/ECF; copy to USM via email) (nmm) (Entered: 07/07/2016) |

| | | |
|---|---|---|
| 07/08/2016 | 45 | MOTION to Stay re 44 Scheduling Order,,,, . (McWilliams, Robert) (Entered: 07/08/2016) |
| 07/08/2016 | 46 | ORDER: granting 36 Motion for Writ of Habeas Corpus ad prosequendum as to Kasie A. Morgan (2). Signed by Magistrate Judge James E. Seibert on 7/8/2016. (copy to counsel via CM/ECF) (nmm) (Entered: 07/08/2016) |
| 07/08/2016 | 47 | Writ of Habeas Corpus ad Prosequendum Issued as to Kasie A. Morgan(2) for 8/16/2016 @ 9:30 a.m. (original and copy w/Order to CBG USM; copy to USM via email; copy to USP via CM/ECF) (nmm) (Entered: 07/08/2016) |
| 07/08/2016 | 48 | ORDER: granting 30 Motion for Writ of Habeas Corpus ad prosequendum as to Jolisha McDonald (5). Signed by Magistrate Judge James E. Seibert on 7/8/2016. (copy to counsel via CM/ECF) (nmm) (Entered: 07/08/2016) |
| 07/08/2016 | 49 | Writ of Habeas Corpus ad Prosequendum Issued as to Jolisha McDonald(5) for 8/16/2016 @ 9:30 a.m. (original and one copy w/Order to CBG USM; copy to USM via email; copy to USP via CM/ECF) (nmm) (Entered: 07/08/2016) |
| 07/08/2016 | 50 | ORDER GRANTING 45 GOVERNMENT'S UNOPPOSED MOTION TO STAY 44 INITIAL SCHEDULING ORDER AS TO DEFENDANT KIONTE K. WHATLEY(3). The Initial Scheduling Order is STAYED with the exception of Pre-trial discovery deadline and Exculpatory evidence disclosure. Further, the detention hearing is not affected by this order. Signed by Senior Judge Frederick P. Stamp, Jr. on 7/8/2016. (copy to Defendant via US Mail; copy to counsel via CM/ECF; copy to USP and USM via email) (nmm) (Entered: 07/08/2016) |
| 07/11/2016 | 51 | TEXT ONLY ORDER as to Kionte K. Whatley: Defendant, Kionte K. Whatley's pod at the Northern Regional Jail is under quarantine. The detention hearing scheduled for Tuesday, July 12, 2016, at 9:30 a.m., at the Wheeling point of holding Court is CONTINUED until the quarantine is lifted. Signed by Magistrate Judge James E. Seibert on 07/11/2016. (jlk) (Entered: 07/11/2016) |
| 07/12/2016 | 52 | MAIL RETURNED AS UNDELIVERABLE: 26 CJA 20 - Appointment, addressed to Maurice L. Whyte, II Returned As Undeliverable. (nmm) (Entered: 07/12/2016) |
| 07/12/2016 | 53 | TEXT ONLY ORDER as to Kionte K. Whatley(03): The quarantine for Defendant, Kionte K. Whatley's pod at the Northern Regional Jail has been lifted. The Detention Hearing is now set for Wednesday, 7/13/2016, at 09:30 AM, in Wheeling, Magistrate Judge Courtroom, 4th Floor, before Magistrate Judge James E. Seibert. Signed by Magistrate Judge James E. Seibert on 07/12/2016. (jlk) (Entered: 07/12/2016) |
| 07/13/2016 | 54 | MINUTE ENTRY: <br><br> ***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY. <br><br> Proceedings held before Magistrate Judge James E. Seibert as to Kionte K. Whatley(3): Detention Hearing held on 7/13/2016. (Tape #WHG Seibert 5 16 cr 23 03 USA v Whatley 7 13 2016.) (nmm) (Entered: 07/13/2016) |

| 07/13/2016 | 55 | Clerk's EXHIBIT LIST from Detention Hearing held on 7/13/2016 as to Kionte K. Whatley(3). (Attachments: # 1 Exhibit Gov't. # 1, # 2 Exhibit Gov't # 2) (nmm) (Entered: 07/13/2016) |
| 07/13/2016 | 56 | TEXT ONLY ORDER as to Jolisha McDonald(05), ONLY: For reasons appearing to the Court, the Initial Appearance, Arraignment, and Detention Hearing (if any motions for a detention hearing are filed) are RESCHEDULED for 8/16/2016, at 11:00 AM, in Wheeling, Magistrate Judge Courtroom, 4th Floor, before Magistrate Judge James E. Seibert. Signed by Magistrate Judge James E. Seibert on 07/13/2016. (jlk) (Entered: 07/13/2016) |
| 07/13/2016 | 57 | ORDER GRANTING 37 MOTION TO DETAIN as to Kionte K. Whatley (3). Written objections may be filed within fourteen (14) days of this Order. Signed by Magistrate Judge James E. Seibert on 7/13/2016. (copy to counsel via CM/ECF; copy to USP and USM via email) (nmm) (Entered: 07/13/2016) |
| 07/13/2016 | 58 | MOTION for Detention by USA as to Maurice L. Whyte, II. (McWilliams, Robert) (Entered: 07/13/2016) |
| 07/13/2016 | 59 | MOTION for Detention by USA as to Kasie A. Morgan. (McWilliams, Robert) (Entered: 07/13/2016) |
| 07/13/2016 | 60 | MOTION for Detention by USA as to Marilyn Whatley. (McWilliams, Robert) (Entered: 07/13/2016) |
| 07/13/2016 | 61 | MOTION for Detention by USA as to Jolisha McDonald. (McWilliams, Robert) (Entered: 07/13/2016) |
| 07/14/2016 | 62 | MAIL RETURNED AS UNDELIVERABLE: 28 ORDER APPOINTING CJA PANEL ATTORNEY AS COUNSEL, addressed to Jolisha McDonald(5) Returned As Undeliverable: Return to Sender; Not Deliverable as Addressed; Unable to Forward. (Address updated pursuant to 49 Writ and 28 Order resent to this address this day) (nmm) (Entered: 07/14/2016) |
| 07/26/2016 | 63 | MAIL RETURNED AS UNDELIVERABLE: 28 ORDER APPOINTING CJA PANEL ATTORNEY AS COUNSEL, addressed to Jolisha McDonald Returned As Undeliverable: Attempted - Not Known; Unable to Forward. (nmm) (Entered: 07/26/2016) |
| 08/01/2016 | 64 | TEXT ONLY ORDER as to Kionte K. Whatley(03): There are no motions filed in this criminal action. Therefore, the portion of the initial scheduling order scheduling the pretrial motions hearing for Friday, August 5, 2016, at 10:00 a.m., at the Wheeling point of holding Court is hereby VACATED. Signed by Magistrate Judge James E. Seibert on 08/01/2016. (jlk) (Entered: 08/01/2016) |
| 08/10/2016 | 65 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Marilyn Whatley. (Attachments: # 1 Attachment, # 2 Text of Proposed Order) (McWilliams, Robert) (Entered: 08/10/2016) |
| 08/15/2016 | 66 | ORDER: Granting 65 Motion for Writ of Habeas Corpus ad prosequendum as to Marilyn Whatley (4); Clerk directed to issue WHC. Signed by Magistrate Judge James E. Seibert on 8/15/16. (soa)(copy to USM) (Entered: 08/15/2016) |

| 08/15/2016 | 67 | Writ of Habeas Corpus ad Prosequendum Issued as to Marilyn Whatley for 9/7/16 @ 10:30 am. (Orig. & copies to USM for service) (soa) Modified on 8/16/2016 to correct date of appearance and regenerate NEF(soa). (Entered: 08/15/2016) |
| 08/16/2016 | 68 | MINUTE ENTRY:<br><br>***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.<br><br>Proceedings held before Magistrate Judge James E. Seibert: as to Kasie A. MorganArraignment/Detention Hearing as to Kasie A. Morgan (2) Count 1,2-3 held on 8/16/2016. (Tape #WHG Seibert 5 16 cr 23 2 USA v Morgan 8 16 2016.) (lmm) (Entered: 08/16/2016) |
| 08/16/2016 | 69 | MINUTE ENTRY:<br><br>***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.<br><br>Proceedings held before Magistrate Judge James E. Seibert: as to Maurice L. Whyte, II Arraignment/Detention Hearing as to Maurice L. Whyte II (1) Count 1,2-3 held on 8/16/2016. (Tape #WHG Seibert 5 16 cr 23 1 USA v Whyte 8 16 216.) (lmm) (Entered: 08/16/2016) |
| 08/16/2016 | 70 | CLERK'S WITNESS LIST as to Maurice L. Whyte, II. (Attachments: # 1 Exhibit Gov't 1 - Summary of NCIC, # 2 Exhibit Gov't 2 - Record Summary) (lmm) (Entered: 08/16/2016) |
| 08/16/2016 | 71 | MINUTE ENTRY:<br><br>***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.<br><br>Proceedings held before Magistrate Judge James E. Seibert: as to Jolisha McDonaldInitial Appearance/Arraignment/Detention hearing as to Jolisha McDonald (5) Count 1,2-3 held on 8/16/2016. (Tape #WHG Seibert 5 16 cr 23 5 USA v McDonald 8 16 2016.) (lmm) (Entered: 08/16/2016) |
| 08/16/2016 | 72 | ** SEALED ** CJA 23 Financial Affidavit by Jolisha McDonald. (copy to FPD via fax) (lmm) (Entered: 08/16/2016) |
| 08/16/2016 | 73 | ORDER APPOINTING CJA PANEL ATTORNEY AS COUNSEL: CJA 20 Appointment of Attorney Scott C. Brown for Marilyn Whatley. Signed by Magistrate Judge James E. Seibert on 8/16/16. (soa)(copy to def., Office of FPD, USM) (Entered: 08/16/2016) |
| 08/16/2016 | 74 | INITIAL SCHEDULING ORDER AS TO MAURICE L. WHYTE, II, KASIE A. MORGAN, AND JOLISHA McDONALD, AND AMENDED INITIAL SCHEDULING ORDER AS TO KIONTE K. WHATLEY as to Maurice L. Whyte, II, Kasie A. Morgan, Kionte K. Whatley, Jolisha McDonald |

| | | |
|---|---|---|
| | | ***NOTICE TO ATTORNEYS*** : Pursuant to Rule 12.4(a)(1) of the Federal Rules of Criminal Procedure, ALL Non-governmental CORPORATE PARTIES must file a DISCLOSURE STATEMENT with the Court. Additionally, per Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, the GOVERNMENT must file a statement identifying all organizational victims. Forms are available on the Court's Web Site at http://www.wvnd.uscourts.gov/forms.htm<br><br>Discovery due by 8/23/2016. Motions due by 9/2/2016. Responses due by 9/12/2016. Motion Hearing set for 9/14/2016 09:30 AM in Wheeling Magistrate Judge Courtroom, 4th Floor before Magistrate Judge James E. Seibert. Plea Agreement due by 10/18/2016. Pretrial Conference set for 10/17/2016 01:15 PM in Wheeling District Judge Courtroom, South before Senior Judge Frederick P. Stamp Jr. Jury Selection/Jury Trial (1st case) set for 10/25/2016 08:30 AM in Wheeling District Judge Courtroom, South before Senior Judge Frederick P. Stamp Jr. Defs., Whyte, Morgan, McDonald are remanded to USM.Signed by Magistrate Judge James E. Seibert on 8/16/16. (soa)(copy to USM, USPO) (Entered: 08/16/2016) |
| 08/16/2016 | 75 | TEXT ONLY ORDER as to Marilyn Whatley(04): Initial Appearance, Arraignment, and Detention Hearing set for 9/7/2016, at 10:30 AM, in Wheeling Magistrate Judge Courtroom, 4th Floor, before Magistrate Judge James E. Seibert. Signed by Magistrate Judge James E. Seibert on 08/16/2016. (jlk) (Entered: 08/16/2016) |
| 08/16/2016 | | Arrest of Kasie A. Morgan. (cwm) (Entered: 08/19/2016) |
| 08/16/2016 | | Arrest of Jolisha McDonald. (cwm) (Entered: 08/19/2016) |
| 08/17/2016 | 76 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Marilyn Whatley. (Attachments: # 1 Attachment, # 2 Text of Proposed Order) (McWilliams, Robert) (Entered: 08/17/2016) |
| 08/17/2016 | 79 | ORDER: Granting 76 Motion for Writ of Habeas Corpus ad prosequendum as to Marilyn Whatley (4). Signed by Magistrate Judge James E. Seibert on 8/17/16. (soa)(copy to USM) (Entered: 08/17/2016) |
| 08/17/2016 | 80 | Writ of Habeas Corpus ad Prosequendum Issued as to Marilyn Whatley for 9/7/16 (soa)(Orig. & copies to USM) (Entered: 08/17/2016) |
| 08/18/2016 | 81 | Writ of Habeas Corpus ad Prosequendum as to Marilyn Whatley Returned Unexecuted. (soa) (Entered: 08/18/2016) |
| 08/30/2016 | 83 | MAIL RETURNED AS UNDELIVERABLE: 73 ORDER APPOINTING CJA PANEL ATTORNEY AS COUNSEL, addressed to Marilyn Whatley Returned As Undeliverable: Not Deliverable as Addressed; Unable to Forward. (nmm) (Entered: 08/30/2016) |
| 09/07/2016 | 84 | MINUTE ENTRY:<br><br>***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY. |

| | | |
|---|---|---|
| | | Proceedings held before Magistrate Judge James E. Seibert: Initial Appearance, Detention Hearing and Arraignment as to Marilyn Whatley (4) Count 1,2-3 held on 9/7/2016. (Tape #WHG Seibert 5 16 cr 23 4 USA v Whatley 9 7 2016.) (lmm) (Entered: 09/07/2016) |
| 09/07/2016 | 85 | ** SEALED ** CJA 23 Financial Affidavit as to Marilyn Whatley. (copy to FPD via fax) (lmm) (Entered: 09/07/2016) |
| 09/07/2016 | 86 | INITIAL SCHEDULING ORDER as to Marilyn Whatley(04)<br><br>***_NOTICE TO ATTORNEYS_*** _: Pursuant to Rule 12.4(a)(1) of the Federal Rules of Criminal Procedure, ALL Non-governmental CORPORATE PARTIES must file a DISCLOSURE STATEMENT with the Court. Additionally, per Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, the GOVERNMENT must file a statement identifying all organizational victims. Forms are available on the Court's Web Site at http://www.wvnd.uscourts.gov/forms.htm_<br><br>Discovery due by 9/7/2016; Motions due by 9/19/2016; Responses due by 9/29/2016; Motion Hearing set for 9/30/2016 09:30 AM in Wheeling Magistrate Judge Courtroom, 4th Floor before Magistrate Judge James E. Seibert; Plea Agreement due by 10/18/2016; Pretrial Conference set for 10/17/2016 01:15 PM ; Jury Selection/Jury Trial set for 10/25/2016 08:30 AM in Wheeling District Judge Courtroom, South before Senior Judge Frederick P. Stamp Jr. Signed by Magistrate Judge James E. Seibert on 9/7/2016. (copy to counsel and USP via CM/ECF; copy to USM via email)(nmm) (Entered: 09/07/2016) |
| 09/07/2016 | 87 | ORDER as to Marilyn Whatley (04): The defendant waived the right to a detention hearing. The Defendant is hereby remanded to the custody of the United States Marshal pending further proceedings in this case. Signed by Magistrate Judge James E. Seibert on 9/7/2016. (copy to counsel via CM/ECF; copy to USP and USM via email) (nmm) (Entered: 09/07/2016) |
| 09/08/2016 | 88 | TEXT ONLY ORDER as to Maurice L. Whyte, II(01), Kasie A. Morgan(02), Kionte K. Whatley(03), and Jolisha McDonald(05): None of the defendants has filed motions in this criminal action. Therefore, the portion of the initial scheduling order scheduling the pretrial motions hearing for Wednesday, September 14, 2016, at 9:30 a.m., at the Wheeling point of holding Court is hereby VACATED. Signed by Magistrate Judge James E. Seibert on 09/08/2016. (jlk) (Entered: 09/08/2016) |
| 09/12/2016 | 89 | Joint MOTION to Continue _Trial and Extend Deadlines_ by Maurice L. Whyte, II. (Attachments: # 1 Text of Proposed Order)(Sughrue, Douglas) (Entered: 09/12/2016) |
| 09/13/2016 | 90 | ORDER GRANTING 89 JOINT MOTION FOR CONTINUANCE AND AMENDED SCHEDULING ORDER as to Maurice L. Whyte II (1), Kasie A. Morgan(2), Kionte K. Whatley(3), Marilyn Whatley(4) and Jolisha McDonald (5): Discovery due by 12/19/2016; Motions due by 12/19/2016; Responses due by 12/26/2016; Motion Hearing set for 1/3/2017 09:30 AM in Wheeling Magistrate Judge Courtroom, 4th Floor before Magistrate Judge James E. |

| | | |
|---|---|---|
| | | Seibert; Plea Agreement due by 1/17/2017; Pretrial Conference set for 1/17/2017 10:00 AM in the South Courtroom at Wheeling, West Virginia; Jury Selection/Jury Trial set for 1/24/2017 08:30 AM in Wheeling District Judge Courtroom, South before Senior Judge Frederick P. Stamp Jr. Signed by Senior Judge Frederick P. Stamp, Jr. on 9/13/2016. (copy to Defendants via US Mail; copy to counsel via CM/ECF; copy to USP and USM via email) (nmm) (Entered: 09/13/2016) |
| 09/28/2016 | 91 | ORDER SCHEDULING PLEA HEARING as to Maurice L. Whyte, II(1). It is ORDERED that this matter is scheduled for consideration of the proposed plea agreement on October 3, 2016 at 10:00 a.m. at the Wheeling point of holding court. Signed by Senior Judge Frederick P. Stamp, Jr. on 9/28/2016. (copy to Defendant via US Mail; copy to counsel via CM/ECF; copy to USP and USM via email) (nmm) (Entered: 09/28/2016) |
| 09/28/2016 | 92 | MAIL RETURNED AS UNDELIVERABLE: 90 ORDER GRANTING JOINT MOTION FOR CONTINUANCE AND AMENDED SCHEDULING ORDER, addressed to Maurice L. Whyte, II (1) Returned As Undeliverable: Not Deliverable as Addressed; Unable to Forward. Mail sent to new/updated address (nmm) Modified docket text on 9/28/2016 re: address (nmm). (Entered: 09/28/2016) |
| 09/28/2016 | 93 | MAIL RETURNED AS UNDELIVERABLE: 90 ORDER GRANTING 89 JOINT MOTION FOR CONTINUANCE AND AMENDED SCHEDULING ORDER, addressed to Kasie A. Morgan(2) Returned As Undeliverable: Not Deliverable as Addressed; Unable to Forward. Mail resent to updated/new address (nmm) Modified docket text on 9/28/2016 re: address (nmm). (Entered: 09/28/2016) |
| 10/03/2016 | 94 | MINUTE ENTRY: <br><br> ***NOTICE*** _THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY._ <br><br> Proceedings held before Senior Judge Frederick P. Stamp, Jr: Change of Plea Hearing held on 10/3/2016. Plea entered by Maurice L. Whyte II (1) Guilty Count 1. PSR ordered. Def. remanded. (Court Reporter Cindy Knecht.) (soa) (Entered: 10/03/2016) |
| 10/03/2016 | 95 | ORDER: FILING PLEA AGREEMENT as to Maurice L. Whyte, II(1). The defendant entered a plea of GUILTY to Count One of the indictment. The pretrial conference and trial of this criminal action is hereby VACATED. Signed by Senior Judge Frederick P. Stamp, Jr. on 10/3/2016. (copy to Defendant via US Mail; copy to counsel and USP via CM/ECF) (copy to (nmm) (Entered: 10/03/2016) |
| 10/03/2016 | 96 | PLEA AGREEMENT as to Maurice L. Whyte, II (soa) (Entered: 10/03/2016) |
| 10/19/2016 | 99 | ORDER SCHEDULING PLEA HEARING: Setting Plea Hearing as to Kionte K. Whatley for 10/24/2016 11:00 AM in Wheeling District Judge Courtroom, South before Senior Judge Frederick P. Stamp Jr. Signed by Senior Judge |

| | | |
|---|---|---|
| | | Frederick P. Stamp, Jr on 10/19/16. (soa)(copy to Def., USM, USPO) (Entered: 10/19/2016) |
| 10/19/2016 | 100 | ORDER SCHEDULING PLEA HEARING as to Kasie A. Morgan. It is ORDERED that this matter is scheduled for consideration of the proposed plea agreement on October 24, 2016 at 2:15 p.m. in Wheeling District Judge Courtroom, South before Senior Judge Frederick P. Stamp Jr. Signed by Senior Judge Frederick P. Stamp, Jr. on 10/19/16. (copies to Defendant via US Mail; counsel via CM/ECF; USP and USM via email) (lmm) (Entered: 10/19/2016) |
| 10/20/2016 | 101 | Consent MOTION to Continue *Change of Plea Hearing* by Kasie A. Morgan. (Attachments: # 1 Text of Proposed Order)(Walker, Frankie) (Entered: 10/20/2016) |
| 10/21/2016 | 102 | ORDER GRANTING 101 MOTION TO CONTINUE PLEA HEARING AND RESCHEDULING PLEA HEARING as to Kasie A. Morgan (2): this matter is rescheduled for consideration of the proposed plea agreement on October 26, 2016 at 2:15 p.m. at the Wheeling point of holding court. Signed by Senior Judge Frederick P. Stamp, Jr. on 10/21/2016. (copy to Defendant via US Mail; copy to counsel via CM/ECF; copy to USP and USM via email) (nmm) (Entered: 10/21/2016) |
| 10/24/2016 | 103 | MINUTE ENTRY: <br><br> ***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY. <br><br> Proceedings held before Senior Judge Frederick P. Stamp, Jr: Change of Plea Hearing held on 10/24/2016. Plea entered by Kionte K. Whatley (3) Guilty Count 1. PSR ordered. Def. remanded. (Court Reporter Cindy Knecht.) (soa) (Entered: 10/24/2016) |
| 10/24/2016 | 104 | PLEA AGREEMENT as to Kionte K. Whatley (soa) (Entered: 10/24/2016) |
| 10/24/2016 | 105 | ORDER: FILING PLEA AGREEMENT as to Kionte K. Whatley(3). The defendant entered a plea of GUILTY to Count One of the indictment. The pretrial conference and trial of this criminal action are hereby VACATED. Signed by Senior Judge Frederick P. Stamp, Jr. on 10/24/2016. (copy to Defendant via US Mail; copy to counsel and USP via CM/ECF) (nmm) (Entered: 10/24/2016) |
| 10/26/2016 | 106 | MINUTE ENTRY: <br><br> ***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY. <br><br> Proceedings held before Senior Judge Frederick P. Stamp, Jr: Change of Plea Hearing held on 10/26/2016. Plea entered by Kasie A. Morgan (2) Guilty Count 1. PSR ordered. Def. remanded.(Court Reporter Cindy Knecht.) (soa) (Entered: 10/26/2016) |
| 10/26/2016 | 107 | PLEA AGREEMENT as to Kasie A. Morgan (soa) (Entered: 10/26/2016) |

| 10/26/2016 | 108 | ORDER: FILING PLEA AGREEMENT as to Kasie A. Morgan(2). The defendant entered a plea of GUILTY to Count One of the indictment. The pretrial conference and trial of this criminal action as to defendant Kasie A. Morgan are hereby VACATED. Signed by Senior Judge Frederick P. Stamp, Jr. on 10/26/2016. (copy to Defendant via US Mail; copy to counsel and USP via CM/ECF) (nmm) (Entered: 10/26/2016) |
|---|---|---|
| 11/02/2016 | 109 | ORDER SCHEDULING PLEA HEARING as to Jolisha McDonald (5): it is ORDERED that this matter is scheduled for consideration of the proposed plea agreement on November 9, 2016 at 1:30 p.m. at the Wheeling point of holding court, before Senior Judge Frederick P. Stamp Jr. Signed by Senior Judge Frederick P. Stamp, Jr. on 11/2/2016. (copy to Defendant via US Mail; copy to counsel via CM/ECF; copy to USP and USM via email) (nmm) (Entered: 11/02/2016) |
| 11/02/2016 | 110 | MOTION to Continue *Plea Hearing* by Jolisha McDonald. (McCamic, Jay) (Entered: 11/02/2016) |
| 11/02/2016 | 111 | ORDER GRANTING 110 DEFENDANT'S MOTION TO CONTINUE PLEA HEARING as to Jolisha McDonald (5): it is ORDERED that this matter is scheduled for consideration of the proposed plea agreement on November 10, 2016 at 10:00 a.m. at the Wheeling, West Virginia, point of holding court, before Senior Judge Frederick P. Stamp Jr. Signed by Senior Judge Frederick P. Stamp, Jr. on 11/2/2016. (copy to Defendant via US Mail; copy to counsel via CM/ECF; copy to USP and USM via email) (nmm) (Entered: 11/02/2016) |
| 11/10/2016 | 112 | MINUTE ENTRY: <br><br> ***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY. <br><br> Proceedings held before Senior Judge Frederick P. Stamp, Jr: Change of Plea Hearing held on 11/10/2016. Plea entered by Jolisha McDonald (5) Guilty Count 1. PSR ordered. Def. remanded. (Court Reporter Cindy Knecht.) (soa) (Entered: 11/10/2016) |
| 11/10/2016 | 113 | PLEA AGREEMENT as to Jolisha McDonald (soa) (Entered: 11/10/2016) |
| 11/10/2016 | 114 | ORDER VACATING PRETRIAL CONFERENCE. The pretrial conference, previously scheduled for January 17, 2017, is hereby VACATED. Signed by Senior Judge Frederick P. Stamp, Jr. on 11/10/2016. (copy to Defendants via US Mail; copy to counsel via CM/ECF; copy to USP and USM via email) (nmm) (Entered: 11/10/2016) |
| 11/10/2016 | 115 | ORDER: FILING PLEA AGREEMENT as to Jolisha McDonald(5). The defendant entered a plea of GUILTY to Count One of the indictment. The pretrial conference and trial of this criminal action as to Defendant McDonald are hereby VACATD. Signed by Senior Judge Frederick P. Stamp, Jr. on 11/10/2016. (copy to Defendant via US Mail; copy to counsel and USP via CM/ECF) (nmm) (Entered: 11/10/2016) |
| 11/15/2016 | 116 | |

| | | |
|---|---|---|
| | | MOTION for Expedited Sentencing Hearing by Maurice L. Whyte, II. (Attachments: # 1 Text of Proposed Order)(Sughrue, Douglas) (Entered: 11/15/2016) |
| 11/15/2016 | 117 | ORDER GRANTING 116 DEFENDANT'S MOTION FOR EXPEDITED SENTENCING DATE AND SCHEDULING SENTENCING HEARING as to Maurice L. Whyte II (1): Sentencing set for 12/5/2016 01:30 PM in Wheeling District Judge Courtroom, South before Senior Judge Frederick P. Stamp Jr. Signed by Senior Judge Frederick P. Stamp, Jr. on 11/15/2016. (copy to Defendant via US Mail; copy to counsel via CM/ECF; copy to USP and USM via email) (nmm) (Entered: 11/15/2016) |
| 11/17/2016 | 118 | MOTION for Forfeiture of Property by USA as to Maurice L. Whyte, II. (Attachments: # 1 Text of Proposed Order)(McWilliams, Robert) (Entered: 11/17/2016) |
| 11/17/2016 | 119 | MOTION for Forfeiture of Property by USA as to Kionte K. Whatley. (Attachments: # 1 Text of Proposed Order)(McWilliams, Robert) (Entered: 11/17/2016) |
| 11/17/2016 | 120 | MOTION for Forfeiture of Property by USA as to Jolisha McDonald. (Attachments: # 1 Text of Proposed Order)(McWilliams, Robert) (Entered: 11/17/2016) |
| 11/17/2016 | 121 | MOTION for Forfeiture of Property by USA as to Kasie A. Morgan. (Attachments: # 1 Text of Proposed Order)(McWilliams, Robert) (Entered: 11/17/2016) |
| 11/17/2016 | 122 | PRELIMINARY ORDER OF FORFEITURE granting 118 Motion for Forfeiture of Property; DIRECTING FORFEITURE OF PROPERTY as to Maurice L. Whyte, II (1). Signed by Senior Judge Frederick P. Stamp, Jr. on 11/17/2016. (copy to counsel and USP via CM/ECF) (nmm) (Entered: 11/17/2016) |
| 11/17/2016 | 123 | PRELIMINARY ORDER OF FORFEITURE granting 121 Motion for Forfeiture of Property; DIRECTING FORFEITURE OF PROPERTY as to Kasie A. Morgan(2). Signed by Senior Judge Frederick P. Stamp, Jr. on 11/17/2016. (copy to counsel and USP via CM/ECF) (nmm) (Entered: 11/17/2016) |
| 11/17/2016 | 124 | PRELIMINARY ORDER OF FORFEITURE granting 119 Motion for Forfeiture of Property; DIRECTING FORFEITURE OF PROPERTY as to Kionte K. Whatley (3). Signed by Senior Judge Frederick P. Stamp, Jr. on 11/17/2016. (copy to counsel and USP via CM/ECF) (nmm) (Entered: 11/17/2016) |
| 11/17/2016 | 125 | PRELIMINARY ORDER OF FORFEITURE granting 120 Motion for Forfeiture of Property; DIRECTING FORFEITURE OF PROPERTY as to Jolisha McDonald(5). Signed by Senior Judge Frederick P. Stamp, Jr. on 11/17/2016. (copy to counsel and USP via CM/ECF) (nmm) (Entered: 11/17/2016) |
| 11/17/2016 | 126 | |

| | | |
|---|---|---|
| | | TRANSCRIPT of plea hearing held on 11/10/2016, before Judge Stamp as to Jolisha McDonald. (ck) (Entered: 11/17/2016) |
| 11/29/2016 | 127 | ORDER SCHEDULING SENTENCING HEARING as to Kionte K. Whatley (3): Sentencing set for 12/5/2016 02:00 PM in Wheeling District Judge Courtroom, South before Senior Judge Frederick P. Stamp Jr. Signed by Senior Judge Frederick P. Stamp, Jr. on 11/29/2016. (copy to Defendant via US Mail; copy to counsel via CM/ECF; copy to USP and USM via email) (nmm) (Entered: 11/29/2016) |
| 12/01/2016 | 128 | ORDER SCHEDULING SENTENCING HEARING as to Kasie A. Morgan (2): Sentencing set for 12/27/2016 01:15 PM in Wheeling District Judge Courtroom, South before Senior Judge Frederick P. Stamp Jr. Signed by Senior Judge Frederick P. Stamp, Jr. on 12/1/2016. (copy to Defendant via US Mail; copy to counsel via CM/ECF; copy to USP and USM via email) (nmm) (Entered: 12/01/2016) |
| 12/02/2016 | 129 | SENTENCING MEMORANDUM (Attachments: # 1 Exhibit Report)(Leary, Brendan) (Entered: 12/02/2016) |
| 12/02/2016 | 130 | SENTENCING MEMORANDUM (Attachments: # 1 Exhibit A Letter from Defendant, # 2 Exhibit B-Letter in Support)(Sughrue, Douglas) (Entered: 12/02/2016) |
| 12/05/2016 | 131 | ORDER SCHEDULING PLEA HEARING as to Marilyn Whatley(4). Plea Hearing set for 12/12/2016 02:30 PM in Wheeling District Judge Courtroom, South before Senior Judge Frederick P. Stamp Jr. Signed by Senior Judge Frederick P. Stamp, Jr. on 12/5/2016. (copy to Defendant via US Mail; copy to counsel via CM/ECF; copy to USP and USM via email) (nmm) (Entered: 12/05/2016) |
| 12/05/2016 | 132 | ORDER RESCHEDULING SENTENCING HEARING as to Kasie A. Morgan (2): Sentencing set for 1/3/2017 10:00 AM in Wheeling District Judge Courtroom, South before Senior Judge Frederick P. Stamp Jr. Signed by Senior Judge Frederick P. Stamp, Jr. on 12/5/2016. (copy to Defendant via US Mail; copy to counsel via CM/ECF; copy to USP and USM via email) (nmm) (Entered: 12/05/2016) |
| 12/05/2016 | 133 | MINUTE ENTRY: <br><br> ***NOTICE*** *THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.* <br><br> Proceedings held before Senior Judge Frederick P. Stamp, Jr: Sentencing held on 12/5/2016 for Maurice L. Whyte, II (1), Counts 1: 34 Months Incarceration; 3 Years Supervised Release; $100 Special Assessment; Restitution to be included in Judgment; No Fine; Counts 2-3, Dismissed upon motion of Government. PSR ordered sealed. Def. remanded. (Court Reporter Cindy Knecht.) (soa) (Entered: 12/05/2016) |
| 12/05/2016 | 134 | MINUTE ENTRY: |

| | | |
|---|---|---|
| | | ***NOTICE*** *THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.*<br><br>Proceedings held before Senior Judge Frederick P. Stamp, Jr: Sentencing held on 12/5/2016 for Kionte K. Whatley (3), Count 1: 23 Months Incarceration; 3 Years Supervised Release; No Fine; Restitution to be included in Judgment; $100 Special Assessment Fee. PSR ordered sealed. Def. remanded. (Court Reporter Cindy Knecht.) (soa) Modified docket text on 12/6/2016 to correct incarceration (nmm). (Entered: 12/05/2016) |
| 12/05/2016 | 135 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Maurice L. Whyte, II (soa) (Entered: 12/05/2016) |
| 12/05/2016 | 136 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Kionte K. Whatley (soa) (Entered: 12/05/2016) |
| 12/06/2016 | 137 | JUDGMENT as to Kionte K. Whatley (3): Count 1, 23 Months Incarceration; 3 Years Supervised Release; No Fine; $384,491.05 Restitution; $100 Special Assessment Fee. Signed by Senior Judge Frederick P. Stamp, Jr. on 12/6/2016. (copy to counsel and USP via CM/ECF) (nmm) (Entered: 12/06/2016) |
| 12/06/2016 | 138 | *SEALED* STATEMENT OF REASONS as to Kionte K. Whatley(3). Signed by Senior Judge Frederick P. Stamp, Jr. on 12/6/2016. (copy to counsel for Defendant Kionte Whatley and USA via email; copy to USP via CM/ECF) (nmm) (Entered: 12/06/2016) |
| 12/06/2016 | 139 | JUDGMENT as to Maurice L. Whyte, II (1): Count 1, 34 Months Incarceration; 3 Years Supervised Release; $100 Special Assessment; $140,935.03 Restitution; No Fine; Counts 2-3, Dismissed upon motion of Government. Signed by Senior Judge Frederick P. Stamp, Jr. on 12/6/2016. (copy to counsel and USP via CM/ECF) (nmm) (Entered: 12/06/2016) |
| 12/06/2016 | 140 | *SEALED* STATEMENT OF REASONS as to Maurice L. Whyte, II(1). Signed by Senior Judge Frederick P. Stamp, Jr. on 12/6/2016. (copy to counsel for Defendant Whyte and USA via email; copy to USP via CM/ECF) (nmm) (Entered: 12/06/2016) |
| 12/12/2016 | 141 | MINUTE ENTRY:<br><br>***NOTICE*** *THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.*<br><br>Proceedings held before Senior Judge Frederick P. Stamp, Jr: Change of Plea Hearing held on 12/12/2016. Plea entered by Marilyn Whatley (4) Guilty Count 1. PSR ordered. Def. remanded.(Court Reporter Cindy Knecht.) (soa) (Entered: 12/12/2016) |
| 12/12/2016 | 142 | ORDER: FILING PLEA AGREEMENT as to Marilyn Whatley(4). The defendant entered a plea of GUILTY to Count One of the indictment. Signed by Senior Judge Frederick P. Stamp, Jr. on 12/12/2016. (copy to Defendant via US Mail; copy to counsel and USP via CM/ECF) (nmm) (Entered: 12/12/2016) |
| 12/12/2016 | 143 | PLEA AGREEMENT as to Marilyn Whatley (soa) (Entered: 12/12/2016) |

| 12/13/2016 | 144 | Judgment Returned Executed as to Maurice L. Whyte, II (1) on 12/12/2016. Defendant delivered to FCI McKean. (nmm) (Entered: 12/13/2016) |
| --- | --- | --- |
| 12/21/2016 | 146 | ORDER: ***SEALED*** granting 145 Motion as to Marilyn Whatley (4) ***SEALED***. Signed by Senior Judge Frederick P. Stamp, Jr. on 12/21/2016. (copy to counsel for Defendant Marilyn Whatley and L. Coleman @FPD via email) (nmm) (Entered: 12/21/2016) |
| 12/30/2016 | 147 | SENTENCING MEMORANDUM (Walker, Frankie) (Entered: 12/30/2016) |
| 01/03/2017 | 148 | MINUTE ENTRY:<br><br>***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.<br><br>Proceedings held before Senior Judge Frederick P. Stamp, Jr: Sentencing held on 1/3/2017 for Kasie A. Morgan (2). Count 1: 35 Months Incarceration; 3 Years Supervised Release; No Fine; $100 Special Assessment Fee; $181,843.60 Restitution; $181,843.00 Forfeiture; Counts 2-3, Dismissed upon motion of Government. PSR ordered sealed. Def. remanded. (Court Reporter Cindy Knecht.) (soa) Modified on 1/3/2017 to correct amount of Forfeiture and regenerate NEF(soa). (Entered: 01/03/2017) |
| 01/03/2017 | 149 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Kasie A. Morgan (soa) (Entered: 01/03/2017) |
| 01/03/2017 | 150 | JUDGMENT as to Kasie A. Morgan (2): Count 1, 35 Months Incarceration; 3 Years Supervised Release; No Fine; $100 Special Assessment Fee; $181,843.60 Restitution; $181,843.00 Forfeiture; Counts 2-3, Dismissed upon motion of Government. Signed by Senior Judge Frederick P. Stamp, Jr. on 1/3/2017. (copy to counsel and USP via CM/ECF) (nmm) (Entered: 01/03/2017) |
| 01/03/2017 | 151 | *SEALED* STATEMENT OF REASONS as to Kasie A. Morgan(2). Signed by Senior Judge Frederick P. Stamp, Jr. on 1/3/2017. (copy to counsel for Defendant Morgan and USA via email; copy to USP via CM/ECF) (nmm) (Entered: 01/03/2017) |
| 01/04/2017 | 152 | MOTION to Amend/Correct 137 Judgment, 138 Statement of Reasons by USA as to Kionte K. Whatley. (McWilliams, Robert) (Entered: 01/04/2017) |
| 01/09/2017 | 153 | ORDER SCHEDULING SENTENCING HEARING as to Jolisha McDonald (5): Sentencing set for 1/26/2017 12:00 PM in Wheeling District Judge Courtroom, South before Senior Judge Frederick P. Stamp Jr. Signed by Senior Judge Frederick P. Stamp, Jr. on 1/9/2017. (copy to Defendant via US Mail; copy to counsel via CM/ECF; copy to USP and USM via email) (nmm) (Entered: 01/09/2017) |
| 01/09/2017 | 154 | Writ of Habeas Corpus ad Prosequendum Returned Executed in full as to Kasie A. Morgan(2) on 1/6/2017. (nmm) (Entered: 01/09/2017) |
| 01/13/2017 | 155 | Judgment Returned Executed as to Kionte K. Whatley(3) on 1/11/2017. Defendant delivered to FCI Ashland. (nmm) (Entered: 01/13/2017) |

| 01/20/2017 | 156 | ORDER RESCHEDULING SENTENCING HEARING as to Jolisha McDonald: Sentencing rescheduled for 1/26/2017 01:15 PM in Wheeling District Judge Courtroom, South before Senior Judge Frederick P. Stamp Jr. Signed by Senior Judge Frederick P. Stamp, Jr on 1/20/17. (soa)(copy to def.,USM, USPO) (Entered: 01/20/2017) |
|---|---|---|
| 01/23/2017 | 157 | SENTENCING MEMORANDUM (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(McCamic, Jay) (Entered: 01/23/2017) |
| 01/26/2017 | 158 | MOTION for Forfeiture of Property by USA as to Marilyn Whatley. (Attachments: # 1 Text of Proposed Order)(McWilliams, Robert) (Entered: 01/26/2017) |
| 01/26/2017 | 159 | MINUTE ENTRY: <br><br> ***_NOTICE_*** _THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY._ <br><br> Proceedings held before Senior Judge Frederick P. Stamp, Jr: Sentencing held on 1/26/2017 for Jolisha McDonald (5), Count 1: 30 Months Incarceration (consecutive to State of Tennessee sentence); 3 Years Supervised Release; No Fine; $100 Special Assessment Fee; $215,752.88 Joint and several Restitution (Forfeiture of $215,752.88); Counts 2-3, Dismissed upon motion of the Government. Def. remanded. PSR ordered sealed. (Court Reporter Cindy Knecht.) (soa) (Entered: 01/26/2017) |
| 01/26/2017 | 160 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Jolisha McDonald (soa) (Entered: 01/26/2017) |
| 01/26/2017 | 161 | PRELIMINARY ORDER OF FORFEITURE: granting 158 Motion for Forfeiture of Property; DIRECTING FORFEITURE OF PROPERTY as to Marilyn Whatley(4). Signed by Senior Judge Frederick P. Stamp, Jr. on 1/26/2017. (copy to counsel and USP via CM/ECF) (nmm) (Entered: 01/26/2017) |
| 01/26/2017 | 162 | JUDGMENT as to Jolisha McDonald (5): Count1, 30 Months Incarceration (consecutive to State of Tennessee sentence); 3 Years Supervised Release; No Fine; $100 Special Assessment Fee; $215,752.88 Joint and several Restitution (Forfeiture of $215,752.88); Counts 2-3, Dismissed upon motion of the Government. Signed by Senior Judge Frederick P. Stamp, Jr. on 1/26/2017. (copy to counsel and USP via CM/ECF) (nmm) (Entered: 01/26/2017) |
| 01/26/2017 | 163 | *SEALED* STATEMENT OF REASONS as to Jolisha McDonald (5). Signed by Senior Judge Frederick P. Stamp, Jr. on 1/26/2017. (copy to counsel for USA and Defendant McDonald via email; copy to USP via CM/ECF) (nmm) (Entered: 01/26/2017) |
| 01/31/2017 | 164 | ORDER GRANTING GOVERNMENT'S UNOPPOSED 152 MOTION TO CORRECT JUDGMENT as to Kionte K. Whatley (3). Signed by Senior Judge Frederick P. Stamp, Jr on 1/31/2017. (kac) (Copy to defendant, counsel, USPO, USMS) (Entered: 01/31/2017) |

| 01/31/2017 | 165 | ORDER SCHEDULING SENTENCING HEARING as to Marilyn Whatley: Sentencing set for 2/13/2017 at 2:30 PM in Wheeling District Judge Courtroom, South before Senior Judge Frederick P. Stamp Jr. Signed by Senior Judge Frederick P. Stamp, Jr on 1/31/2017. (kac) (Copy to defendant, counsel, USPO, USMS) (Entered: 01/31/2017) |
|---|---|---|
| 02/01/2017 | 166 | AMENDED JUDGMENT (to correct clerical error in Statement of Reasons) as to Kionte K. Whatley (3). Signed by Senior Judge Frederick P. Stamp, Jr. on 2/1/2017. (copy to counsel and USP via CM/ECF; copy to USM via email) (nmm) (Entered: 02/01/2017) |
| 02/01/2017 | 167 | *SEALED* STATEMENT OF REASONS as to Kionte K. Whatley(3). Signed by Senior Judge Frederick P. Stamp, Jr. on 2/1/2017. (copy to counsel for USA and Defendant Whatley via email; copy to USP via CM/ECF) (nmm) (Entered: 02/01/2017) |
| 02/02/2017 | 168 | ORDER TO CORRECT CLERICAL ERROR IN FIRST AMENDED JUDGMENT as to Kionte K. Whatley(3). Signed by Senior Judge Frederick P. Stamp, Jr. on 2/2/2017. (copy to Defendant via US Mail; copy to counsel via CM/ECF; copy to USP and USM via email) (nmm) (Entered: 02/02/2017) |
| 02/02/2017 | 169 | AMENDED JUDGMENT (to correct clerical error) as to Kionte Whatley (3). Signed by Senior Judge Frederick P. Stamp, Jr. on 2/2/2017. (copy to counsel and USP via CM/ECF; copy to USM via email) (nmm) (Entered: 02/02/2017) |
| 02/02/2017 | 170 | *SEALED* STATEMENT OF REASONS as to Kionte K. Whatley(3). Signed by Senior Judge Frederick P. Stamp, Jr. on 2/2/2017. (copy to counsel for USA and Defendant Whatley via email; copy to USP via CM/ECF) (nmm) (Entered: 02/02/2017) |
| 02/09/2017 | 171 | SENTENCING MEMORANDUM (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Brown, Scott) (Entered: 02/09/2017) |
| 02/13/2017 | 172 | MINUTE ENTRY: <br><br> ***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY. <br><br> Proceedings held before Senior Judge Frederick P. Stamp, Jr: Sentencing held on 2/13/2017 for Marilyn Whatley (4), Count 1: 21 Months Incarceration (adjusted time to be determined by BOP); 3 Years Supervised Release; No fine; $100 Special Assessment Fee; $73,791.49 Restitution. Counts 2-3, Dismissed upon motion of Government. Def. remanded. PSR ordered sealed. (Court Reporter Cindy Knecht.) (soa) Modified on 2/13/2017 to add Restitution amount (soa). (Entered: 02/13/2017) |
| 02/13/2017 | 173 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Marilyn Whatley (soa) (Entered: 02/13/2017) |
| 02/13/2017 | 174 | WITNESS/EXHIBIT LIST of Sentencing Hearing of Marilyn Whatley (Attachments: # 1 Exhibit Govt. 1)(soa) (Entered: 02/13/2017) |
| 02/14/2017 | 175 | |

|  |  | JUDGMENT as to Marilyn Whatley (4): Count 1, 21 Months Incarceration (adjusted time to be determined by BOP); 3 Years Supervised Release; No fine; $100 Special Assessment Fee; $73,791.49 Restitution; Counts 2-3, Dismissed upon motion of Government. Signed by Senior Judge Frederick P. Stamp, Jr. on 2/13/2017. (copy to counsel and USP via CM/ECF) (nmm) (Entered: 02/14/2017) |
|---|---|---|
| 02/14/2017 | 176 | *SEALED* STATEMENT OF REASONS as to Marilyn Whatley(4). Signed by Senior Judge Frederick P. Stamp, Jr. on 2/14/2017. (Attachments: # 1 Attachment Addendum to Judgment and Commitment Order) (copy to counsel for Defendant Marilyn Whatley and USA via email; copy to USP via CM/ECF) (nmm) (Entered: 02/14/2017) |
| 02/23/2017 | 177 | Writ of Habeas Corpus ad Prosequendum Returned Executed as to Marilyn Whatley (4) on 2/21/2017. (copy to counsel and USP via CM/ECF) (nmm) (Entered: 02/23/2017) |
| 03/06/2017 | 178 | Writ of Habeas Corpus ad Prosequendum Returned Executed as to Jolisha McDonald(5) on 2/17/2017. (copy to counsel and USP via CM/ECF) (nmm) (Entered: 03/06/2017) |
| 05/24/2017 | 179 | Special Assessment Paid in the amount of $100.00 by Jolisha McDonald RECEIPT #: WVNW001689 (nmm) (Entered: 05/24/2017) |
| 10/10/2017 | 180 | AMENDED JUDGMENT ORDER as to Marilyn Whatley (4); Count 1, 21 Months Incarceration (adjusted to 1 Year, 2 Months, and 27 Days as determined by BOP); 3 Years Supervised Release; No fine; $100 Special Assessment Fee; $73,791.49 Restitution; Counts 2-3, Dismissed upon motion of Government. Signed by Senior Judge Frederick P. Stamp, Jr on 10/10/17. (soa) (Entered: 10/10/2017) |
| 10/10/2017 | 181 | ORDER: *SEALED* STATEMENT OF REASONS as to Marilyn Whatley. Signed by Senior Judge Frederick P. Stamp, Jr on 10/10/17. (soa)(copy to USA, USPO, Brown) (Entered: 10/10/2017) |
| 10/11/2017 | 182 | Amended Judgment Returned Executed as to Marilyn Whatley; defendant delivered to FCI Hazelton, Bruceton Mills, WV, on 10/10/17. (soa) (Entered: 10/11/2017) |
| 08/01/2018 | 183 | JURISDICTION TRANSFERRED as to Kionte K. Whatley(3). Case file transmitted to Southern District of Ohio. (nmm) (Entered: 08/01/2018) |
| 08/01/2018 | 184 | NOTICE TO Southern District of Ohio of a Transfer of Jurisdiction as to Kionte K. Whatley(3). Your case number is: 2:18-cr-156.Public documents may be obtained via PACER. To request restricted documents please email InterdistrictTransfer_WVND@wvnd.uscourts.gov. (nmm) (Entered: 08/01/2018) |

| **PACER Service Center** |
|---|
| **Transaction Receipt** |
| 08/01/2018 16:12:29 |

| PACER Login: | UD1806:4270459:4267454 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 5:16-cr-00023-FPS-JES |
| Billable Pages: | 16 | Cost: | 1.60 |