[Judge Marbley,

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 5:16CR23-03 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 2:18 cr 156 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED WHATLEY, KIONTE K. Columbus, OH | DISTRICT West Virginia Northern | DIVISION Wheeling |
| | NAME OF SENTENCING JUDGE Honorable Frederick P. Stamp, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/30/2018 / TO 03/29/2021 |
| OFFENSE Conspiracy to Transport Stolen Goods, Title 18 U.S.C. § 371 | | |

FILED
AUG 1 2018
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the Probationer or Supervised Releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Ohio upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Probation or Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/26/18
*Date*                                    *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

   IT IS HEREBY ORDERED that jurisdiction over the above-named Probationer/Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

7/31/18
*Effective Date*                           *United States District Judge*

RECEIVED
JUL 3 1 2018
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO